Exhibit A

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.117.88.69 | 2011-08-13 17:18:39 -0400 | Sprint PCS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 108.27.241.113 | 2011-08-22 17:02:58 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 108.27.242.162 | 2011-08-10 18:01:47 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 108.54.101.58 | 2011-08-15 19:37:35 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 108.54.104.24 | 2011-08-19 23:40:35 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 162.83.228.214 | 2011-08-21 18:48:54 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 173.188.12.123 | 2011-08-12 23:28:45 -0400 | WINDSTREAM COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 173.68.135.208 | 2011-08-17 15:08:55 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 173.77.242.48 | 2011-08-13 12:24:26 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 173.77.245.91 | 2011-08-22 12:39:55 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 204.210.129.252 | 2011-08-17 14:21:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 24.161.3.107 | 2011-08-14 07:34:09 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 24.161.62.230 | 2011-08-15 17:53:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 24.168.74.175 | 2011-08-11 02:26:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 24.193.153.1 | 2011-08-05 18:32:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 24.193.208.172 | 2011-07-11 09:04:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 24.193.216.72 | 2011-07-30 14:07:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 24.193.5.17 | 2011-07-23 16:11:08 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 24.193.62.150 | 2011-08-26 14:02:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 24.193.96.96 | 2011-08-11 22:24:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 24.199.79.149 | 2011-08-14 16:24:58 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 24.239.148.87 | 2011-08-25 21:09:30 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 24.58.146.129 | 2011-07-06 20:55:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 24.58.185.72 | 2011-07-21 08:47:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 24.58.190.254 | 2011-07-05 07:28:19 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 24.58.68.223 | 2011-08-09 16:48:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 24.59.12.139 | 2011-08-24 23:37:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 24.59.12.82 | 2011-08-28 17:35:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 24.59.137.101 | 2011-08-01 16:22:11 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 24.59.156.140 | 2011-07-28 07:55:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 24.59.18.65 | 2011-08-15 03:04:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 24.59.240.156 | 2011-08-01 03:27:58 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 24.59.240.44 | 2011-07-07 09:07:05 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 24.59.243.27 | 2011-08-11 22:09:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 24.59.51.72 | 2011-08-17 17:00:57 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 24.90.180.214 | 2011-08-05 22:24:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 24.90.229.110 | 2011-07-07 21:59:49 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 24.90.29.88 | 2011-07-11 22:25:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 24.92.36.240 | 2011-08-27 23:47:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 24.92.44.181 | 2011-08-24 19:46:05 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 50.75.0.243 | 2011-07-03 15:02:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 64.131.136.18 | 2011-08-16 22:24:09 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 66.65.9.148 | 2011-08-19 14:59:26 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 66.66.120.69 | 2011-08-25 00:58:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 66.67.29.163 | 2011-08-20 22:24:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 66.67.54.234 | 2011-07-27 03:46:11 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 67.189.201.187 | 2011-08-16 02:02:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 67.240.105.226 | 2011-08-18 09:52:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 67.240.139.166 | 2011-08-22 05:08:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 67.241.112.42 | 2011-07-28 15:58:41 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 67.241.152.30 | 2011-08-22 03:05:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 67.241.25.90 | 2011-07-22 04:18:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 67.241.40.1 | 2011-07-30 14:47:57 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 67.241.47.152 | 2011-08-06 15:36:34 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 67.241.48.164 | 2011-08-28 14:33:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 67.241.48.183 | 2011-08-21 14:25:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 67.241.59.33 | 2011-07-26 21:03:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 67.242.32.190 | 2011-08-08 10:24:55 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 67.242.51.177 | 2011-07-24 21:29:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 67.246.189.38 | 2011-08-18 02:20:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 67.246.68.176 | 2011-08-10 19:58:40 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 67.246.68.248 | 2011-07-16 22:06:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 67.247.37.142 | 2011-07-24 15:04:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe | IP Address | Timestamp | ISP | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 64 | 67.247.53.65 | 2011-08-11 15:57:31 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 65 | 67.248.151.40 | 2011-08-01 09:01:40 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 67.248.94.227 | 2011-08-11 19:00:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 67.249.101.100 | 2011-07-09 19:15:19 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 67.249.141.185 | 2011-07-01 03:22:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 67.249.253.165 | 2011-08-11 22:44:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 67.249.50.125 | 2011-07-16 22:25:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 67.249.8.55 | 2011-07-10 13:39:35 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 67.252.11.72 | 2011-07-11 16:19:14 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 67.252.134.156 | 2011-08-20 02:49:38 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 67.252.69.173 | 2011-08-26 20:29:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 67.253.228.54 | 2011-07-05 02:03:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 67.253.252.219 | 2011-08-24 23:37:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 67.255.124.167 | 2011-08-10 13:32:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 68.173.56.124 | 2011-08-16 13:02:42 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 68.173.67.69 | 2011-08-15 03:03:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 68.173.91.53 | 2011-08-30 07:40:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 68.175.79.241 | 2011-08-27 10:56:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 68.244.253.185 | 2011-08-21 20:27:54 -0400 | Sprint PCS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 68.245.69.125 | 2011-08-23 01:10:33 -0400 | Sprint PCS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 69.203.142.33 | 2011-07-28 03:34:41 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 69.203.149.72 | 2011-08-14 14:38:58 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 69.204.158.103 | 2011-08-02 03:44:42 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 69.204.159.244 | 2011-08-10 03:05:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 69.204.191.98 | 2011-07-12 21:06:14 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 69.204.217.218 | 2011-07-09 08:33:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 69.204.8.96 | 2011-08-21 00:45:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 69.204.93.155 | 2011-07-03 13:59:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 69.205.166.120 | 2011-07-09 15:00:01 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 69.205.185.1 | 2011-08-24 14:44:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 69.205.204.82 | 2011-07-05 01:55:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 69.207.60.39 | 2011-08-11 02:20:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 69.86.126.224 | 2011-08-23 19:23:19 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 71.125.49.25 | 2011-08-31 14:32:21 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 71.167.157.248 | 2011-08-11 10:24:42 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 71.167.166.81 | 2011-08-22 01:02:18 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 100 | 71.186.189.27 | 2011-08-12 17:50:25 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
|---|---|---|---|---|---|
| Doe 101 | 71.190.155.79 | 2011-08-29 14:10:38 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 72.224.52.19 | 2011-08-04 13:58:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 72.225.209.41 | 2011-08-03 10:02:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 72.225.216.222 | 2011-07-11 16:26:19 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 72.226.107.128 | 2011-08-22 14:18:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 72.226.127.99 | 2011-07-27 15:07:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 72.226.36.148 | 2011-07-23 15:05:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 72.226.73.32 | 2011-07-25 23:59:35 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 72.227.130.3 | 2011-07-15 15:33:02 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 72.227.164.86 | 2011-08-09 21:43:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 72.228.14.146 | 2011-07-24 21:57:22 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 72.229.122.124 | 2011-08-20 18:50:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 72.229.134.121 | 2011-08-07 20:26:46 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 72.229.151.234 | 2011-07-10 09:07:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 72.230.172.134 | 2011-07-16 22:19:58 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 72.231.181.223 | 2011-07-06 07:10:15 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 72.68.140.75 | 2011-08-20 05:46:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 74.101.173.138 | 2011-08-29 02:24:10 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 74.101.204.233 | 2011-08-27 09:54:18 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 74.101.35.103 | 2011-08-15 23:59:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 74.101.35.243 | 2011-08-25 22:24:13 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 74.108.15.12 | 2011-08-26 05:09:06 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 74.64.1.248 | 2011-08-13 19:29:28 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 74.64.43.100 | 2011-07-01 22:17:17 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 74.64.94.4 | 2011-08-28 20:08:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 74.65.195.148 | 2011-08-09 23:59:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 74.66.140.74 | 2011-07-21 07:24:02 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 74.67.113.156 | 2011-08-20 13:07:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 74.67.201.207 | 2011-08-19 16:24:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 74.67.47.106 | 2011-07-07 03:35:58 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 74.69.149.94 | 2011-08-17 02:23:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 132 | 74.69.155.174 | 2011-08-17 22:11:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 133 | 74.70.180.225 | 2011-08-27 21:10:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 134 | 74.70.74.140 | 2011-08-12 16:03:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 135 | 74.70.75.0 | 2011-07-29 21:29:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 136 | 74.71.242.54 | 2011-07-19 22:25:06 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 137 | 74.71.73.167 | 2011-08-09 01:02:47 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 138 | 74.71.84.6 | 2011-08-19 13:41:34 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 139 | 74.72.193.101 | 2011-08-02 03:47:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 140 | 74.72.210.69 | 2011-07-24 08:54:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 141 | 74.72.240.72 | 2011-07-04 07:15:16 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 142 | 74.72.48.66 | 2011-08-03 08:02:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 143 | 74.73.17.124 | 2011-08-23 12:12:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 144 | 74.73.20.205 | 2011-08-26 13:54:30 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 145 | 74.73.21.82 | 2011-08-25 23:36:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 146 | 74.73.245.249 | 2011-08-10 22:09:15 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 147 | 74.73.43.148 | 2011-07-27 21:26:38 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 148 | 74.73.7.61 | 2011-07-16 22:24:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 149 | 74.74.209.230 | 2011-08-23 00:32:29 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 150 | 74.76.33.144 | 2011-08-26 16:24:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 151 | 74.76.85.204 | 2011-08-15 20:24:07 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 152 | 74.77.228.185 | 2011-07-17 23:10:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 153 | 74.77.228.218 | 2011-07-09 09:11:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 154 | 74.79.13.214 | 2011-08-24 16:45:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 155 | 74.79.140.106 | 2011-08-22 14:04:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 156 | 74.79.219.86 | 2011-08-09 21:23:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 157 | 74.79.238.21 | 2011-08-24 23:35:56 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 158 | 74.79.81.46 | 2011-07-24 09:04:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 159 | 76.15.10.210 | 2011-08-14 16:00:33 -0400 | EarthLink | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 160 | 76.180.121.37 | 2011-08-29 15:40:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 161 | 76.180.212.222 | 2011-08-15 02:51:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 162 | 76.180.64.215 | 2011-07-26 21:44:59 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 163 | 76.180.65.158 | 2011-08-17 15:10:27 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 164 | 76.180.94.81 | 2011-07-19 15:02:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 165 | 96.232.204.189 | 2011-08-12 08:17:07 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 166 | 96.232.82.24 | 2011-08-20 23:39:09 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 167 | 96.236.44.105 | 2011-08-24 23:37:43 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 168 | 96.246.16.68 | 2011-08-14 21:46:59 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 169 | 96.249.34.56 | 2011-08-23 19:27:49 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 170 | 96.250.14.26 | 2011-08-25 22:24:13 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 171 | 98.113.58.233 | 2011-08-29 01:27:32 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 172 | 98.116.69.27   | 2011-08-12 09:33:49 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 173 | 98.14.10.79    | 2011-08-29 08:36:19 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 174 | 98.14.217.80   | 2011-08-29 02:27:40 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 175 | 98.15.224.5    | 2011-08-15 09:58:56 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 176 | 98.15.226.172  | 2011-07-20 22:14:30 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 177 | 98.15.243.110  | 2011-07-01 22:24:51 -0400 | Road Runner               | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 178 | 98.229.184.44  | 2011-07-04 12:00:01 -0400 | Comcast Cable             | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 179 | 98.229.190.86  | 2011-08-29 22:17:22 -0400 | Comcast Cable             | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |