USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 02 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
THIRD DEGREE FILMS, INC.,            :    11 Civ. 7564 (KBF)
        Plaintiff,                  :
        -v-                         :
                                    :
DOES 1 - 217,                        :
        Defendants.                 :
------------------------------------ X
DIGITAL SIN, INC.,                   :    11 Civ. 8172 (KBF)
        Plaintiff,                  :
        -v-                         :
                                    :
DOES 1 - 179                         :
        Defendants.                 :
------------------------------------ X
MEDIA PRODUCTIONS, INC.              :    11 Civ. 9550 (KBF)
        Plaintiff,                  :
        -v-                         :
                                    :
DOES 1-55                            :
        Defendants.                 :
------------------------------------ X
THIRD DEGREE FILMS, INC.,            :    11 Civ. 9618 (KBF)
        Plaintiff,                  :
        -v-                         :
                                    :
DOES 1 - 216                         :
        Defendants.                 :
------------------------------------ X
ZERO TOLERANCE ENTERTAINMENT, INC.   :    11 Civ. 9703 (KBF)
        Plaintiff,                  :
        -v-                         :
                                    :
DOES 1 - 56                          :
        Defendants.                 :
------------------------------------ X

```
------------------------------------ X
PATRICK COLLINS, INC. d/b/a/         :    11 Civ. 9705 (KBF)
ELEGANT ANGEL PRODUCTIONS            :
                      Plaintiff,     :          Order
                                     :
          -v-                        :
                                     :
DOES 1 - 115                         :
                      Defendants.    :
------------------------------------ X
```

KATHERINE B. FORREST, District Judge:

The above-captioned cases have, or will, be transferred to the undersigned for all purposes. Additional cases may also be deemed related and transferred to the undersigned in the near term.

Accordingly, it is hereby ORDERED that the parties shall cease all discovery-related activity in the above-captioned cases until otherwise ordered by this Court.

To the extent plaintiff's counsel is aware of counsel for any unnamed defendant, he is directed to provide this Order to such counsel.

A status conference will be held before this Court on March 12, 2012, at 3:00 p.m.

SO ORDERED:

Dated:   New York, New York
         March 2, 2012

_____
KATHERINE B. FORREST
United States District Judge