UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

| | |
|---|---|
| ZERO TOLERANCE | Docket Number: 11 CV 9703 (KBF) |
| -against- | NOTICE OF REASSIGNMENTS |
| JOHN DOES | |

-------------------------------------------------------

| | |
|---|---|
| DIGITAL SINS | Docket Number: 11 CV 8172 (KBF) |
| -against- | |
| JOHN DOES | |

-------------------------------------------------------

| | |
|---|---|
| THIRD DEGREE | Docket Number: 11 CV 9618 (KBF) |
| -against- | |
| JOHN DOES | |

-------------------------------------------------------

The above-entitled actions are:

[ X ] Reassigned to the Hon. KATHERINE B. FORREST (KBF)
      ****RELATED TO 11 CV 9706****

[  ] Reassigned Referral to Hon.                    , Magistrate Judge

[  ] Reassigned Designation to Hon.                 , Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

Ruby J. Krajick
Clerk of Court

Dated: 03/05/2012                By:    PHYLLIS ADAMIK
                                        Deputy Clerk