UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADULT FILM COPYRIGHT INFRINGEMENT LITIGATION )<br>)<br>This Document Relates to )<br>)<br>v. )<br>)<br>11 Civ. 7564 (KBF) )<br>11 Civ. 7999 (KBF) )<br>11 Civ. 8172 (KBF) )<br>11 Civ. 9550 (KBF) )<br>11 Civ. 9618 (KBF) )<br>11 Civ. 9688 (KBF) )<br>11 Civ. 9689 (KBF) )<br>11 Civ. 9703 (KBF) )<br>11 Civ. 9705 (KBF) )<br>11 Civ. 9706 (KBF) )<br>12 Civ. 0129 (KBF) )<br>12 Civ. 1077 (KBF) )<br>12 Civ. 1169 (KBF) )<br>) | Master Case No. 11 Civ. 7564<br><br>DISMISSAL OF REMAINING JOHN DOES WITHOUT PREJUDICE, EXCEPT THOSE TO BE NAMED INDIVIDUALLY<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: JUN 29 2012 |

**NOTICE OF VOLUNTARY DISMISSAL OF REMAINING JOHN DOES WITHOUT PREJUDICE, EXCEPT THOSE TO BE NAMED INDIVIDUALLY, PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs in this consolidated case filed Complaints against John Does who have traded the same identical file of Plaintiffs' copyrighted works without authorization through a file-swapping network ("Peer-to-Peer" or "P2P" network).

On June 14, 2012, the Court issued an order that service of process must be accomplished by June 29, 2012.

On June 23, 2012, Plaintiffs filed Notices of Dismissals with Prejudice for specified John Does in the consolidated cases.

1

Also on June 23, 2012, Plaintiffs filed Notices of Dismissal without prejudice for three of the consolidated cases, namely:

11-CV-9550-KBF [11-CV-7564]
11-CV-9688-KBF [11-CV-7564]
12-CV-01099-KBF [11-CV-7564]

Plaintiffs now voluntarily dismiss without Prejudice the remaining John Does from the remaining consolidated cases, except for the following John Does to be named individually:

| Case Number: | John Doe to be named individually: |
| --- | --- |
| 11-CV-09689-KBF [11-CV-7564] | John Doe 99 |
| 11-CV-7564-KBF [11-CV-7564] | John Doe 199 [submitted request to remain "John Doe 199" in any court filings] |
| 11-CV-7999-KBF [11-CV-7564] | John Doe 50 |
| 11-CV-8172-KBF [11-CV-7564] | John Doe 166 |
| 11-CV-9618-KBF [11-CV-7564] | John Doe 49 |
| 11-CV-9703-KBF [11-CV-7564] | John Doe 1 |
| 11-CV-9705-KBF [11-CV-7564] | John Doe 83 |
| 11-CV-9706-KBF [11-CV-7564] | John Doe 24 |
| 12-CV-1077-KBF [11-CV-7564] | John Doe 8 |
| 12-CV-1169-KBF [11-CV-7564] | John Doe 87 |
| 12-CV-129-KBF [11-CV-7564] | John Doe 11 |

The Amended Complaints for the above John Does will be submitted today.

Respectfully submitted this 25th day of June, 2012.

FOR THE PLAINTIFF:

By:   /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF


SO ORDERED:

6/29/12     K. B. Fou
                   U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on 25 June 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system.

FOR THE PLAINTIFF:

By:  /s/ Mike Meier
Mike Meier (NY9295)
The Copyright Law Group, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Phone: (888) 407-6770
Fax: (703) 546-4990
Email:
mike.meier.esq@copyrightdefenselawyer.com

ATTORNEY FOR PLAINTIFF